UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLI COOK ADKERSON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-0553-JWD-RLB** |
| **ALBERTSONS COMPANIES, INC.** | |

**JUDGMENT**

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered, remanding this action to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on January 9, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
 UNITED STATES DISTRICT COURT
 MIDDLE DISTRICT OF LOUISIANA

*19th JDC – Certified*